**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| RICHARD LEE McCOY,  :  Petitioner  :   :  6:05-CV-012 (WLS)  v.  :   :  6:95-CR-003 (WLS)  UNITED STATES OF AMERICA,  :  Respondent  :   :| |

### **ORDER**

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. 87) filed on March 11, 2005, recommending the denial of Petitioner's Petition for Writ of Habeas Corpus/Motion to Vacate, Set Aside, or Correct his sentence filed pursuant to 28 U.S.C. §§ 2241, 2255.  (*See* Doc. 85).  Petitioner filed his timely objection to this recommendation on March 24, 2005 (Doc. 89).

In his recommendation, the Magistrate Judge found Petitioner's claims attacking his sentence brought under the instant petition to be procedurally barred both on statute of limitations grounds and by restrictions on second or successive 28 U.S.C. § 2255 motions. *See* Peddie v. Hobbs, 196 F.3d 1249 (11th Cir. 1999).  Judge Faircloth also found that Petitioner incorrectly relies upon United States v. Booker, 543 U.S. 220 (2005) in support of his arguments that the Booker Court invalidated the Sentencing Guidelines in their entirety and that the Supreme Court's Booker rulings were made retroactive to cases on collateral review.  As a matter of law, Booker may not be applied retroactively to Petitioner's collateral attack on his sentence under either a Motion to Vacate, Set Aside, or Correct his sentence filed pursuant to 28 U.S.C. § 2255 or a Petition for a Writ for Habeas Corpus filed pursuant to 28 U.S.C. § 2241. Petitioner's objections are reiterations of arguments made in his Motion and addressed by the magistrate judge in his recommendation. (Doc. 87; *see also* Docs. 85, 89). Said objections are OVERRULED.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 282) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the

Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Petition for Writ of Habeas Corpus/Motion to Vacate, Set Aside, or Correct his sentence (Doc. 85) is **DENIED**.

**SO ORDERED**, this  9TH  day of December, 2005.

                                         /s/W. Louis Sands
                                    **W. LOUIS SANDS, CHIEF JUDGE**
                                    **UNITED STATES DISTRICT COURT**